

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTIONS

Cause number: 01-16-00268-CR

Style: In re Abner L. Washington, Relator

Date motions filed*: June 7, 2016

Type of motions: Letter-Motions to Proceed In Forma Pauperis and "For Transcript and Record of Mandamus Proceedings to be Filed in the Criminal Court of Appeals in Second Request for a Writ of Mandamus"

Party filing motions: Pro Se Relator

Document to be filed: N/A

Is appeal accelerated? Yes (original proceeding).

Ordered that motion is:
 ☐ Granted
  If document is to be filed, document due:  N/A.
 ☐ Denied
 ☑ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)
 ☑ Other: _____

Relator's mandamus petition was denied on April 19, 2016, via a memorandum opinion, and no motion for rehearing was timely filed by relator.  On June 9, 2016, the Clerk of this Court mailed another copy of the memorandum opinion to relator.  Other than the relator's petition and motions to proceed as indigent and to modify the copy requirement, and the memorandum opinion, there are no transcripts or other records in this mandamus proceeding.  Thus, relator's motions are **dismissed as moot**.

Judge's signature: /s/ <u>Laura Carter Higley</u>
     ☒ Acting individually

Date:  <u>June 16, 2016</u>

November 7, 2008 Revision